# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135054

KATHY LANGE, Personal
Representative of the Estate
of Betty Lange, Deceased,
      Plaintiff-Appellant,

v

ST. JOSEPH MERCY HOSPITAL
ANN ARBOR, a/k/a TRINITY
HEALTH MICHIGAN,
      Defendant,

and

TERUN LAMA, M.D.,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135054
COA: 259496
Washtenaw CC: 03-000792-NH

_____/

      On order of the Court, the application for leave to appeal the September 13, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the order of the Washtenaw Circuit Court denying the defendant's motion for summary disposition because the plaintiff falls within the class of plaintiffs entitled to relief identified in our order in *Mullins v St Joseph Mercy Hospital* (Docket No. 131879), ___ Mich ___ (decided 11/28/07). We REMAND this case to the Washtenaw Circuit Court for further proceedings not inconsistent with this order and the order in *Mullins*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

11217